UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE TAYLOR, | Case No. CV 18-02754 RSWL (RAO) |
| Petitioner, | |
| v. | JUDGMENT |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Jurisdiction.

DATED: 4/11/2018

s/ RONALD S.W. LEW
RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE